**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **American Diamond Mint LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **FKA  Secured Worldwide, LLC** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-4148535** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**31 South Street**<br>**Suite S-4**<br>**Mount Vernon, NY 10550**<br>Number, Street, City, State & ZIP Code<br><br>**Westchester**<br>County | **Mailing address, if different from principal place of business**<br><br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor **American Diamond Mint LLC** _____ Case number (*if known*) _____
      Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__4235__

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ■ No. |
|---|---|---|
| | | ☐ Yes. |

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No |
|---|---|---|
| | | ☐ Yes. |

List all cases. If more than 1, attach a separate list

| | Debtor _____ | | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

| Debtor | **American Diamond Mint LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **American Diamond Mint LLC**                                      Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 11, 2019**
              MM / DD / YYYY

X  **/s/ Arthur Joseph Lipton**                              **Arthur Joseph Lipton**
   Signature of authorized representative of debtor          Printed name

Title  **Manager**

---

**18. Signature of attorney**

X  **/s/ Robert L. Rattet**                                   Date  **April 11, 2019**
   Signature of attorney for debtor                                 MM / DD / YYYY

**Robert L. Rattet 1674118**
Printed name

**Rattet PLLC**
Firm name

**202 Mamaroneck Avenue**
**Suite 300**
**White Plains, NY 10601**
Number, Street, City, State & ZIP Code

Contact phone  **+1-914-381-7400**      Email address  **rrattet@rattetlaw.com**

**1674118 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **American Diamond Mint LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known):

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 11, 2019**          X /s/ **Arthur Joseph Lipton**
                                          Signature of individual signing on behalf of debtor

                                          **Arthur Joseph Lipton**
                                          Printed name

                                          **Manager**
                                          Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | American Diamond Mint LLC | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | |
| Case number (if known): | | ☐ Check if this is an amended filing |

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Advanced Discovery<br>Box 1022-42<br>Atlanta, GA<br>30368-2242 | | Services | | | | $707.00 |
| Business Computing Systems | | Services | | | | $5,360.00 |
| Carmel M. DiChiara<br>55 West 39th Street<br>New York, NY 10018 | | Services | | | | $62,220.00 |
| Carmel, Milazzo & DiChiara LLP<br>55 West 39th Street<br>New York, NY 10018 | | Legal fees | | | | $62,220.00 |
| Chase Cards<br>P.O. Box 1423<br>Charlotte, NC<br>28201-1423 | | Credit Card | | | | $5,993.00 |
| Epstein Becker & Green P.C.<br>1 Landmark Square #1800<br>Stamford, CT 06901 | | Litigation support services | Disputed | | | $31,564.00 |
| Grant Thornton<br>757 Third Avenue<br>9th Flr<br>New York, NY 10017 | | | Disputed | | | $90,440.00 |
| Jin Yuan Real Estate<br>37-08 Union St #1109<br>Flushing, NY 11354 | | Former lease arrears | | | | $46,148.00 |
| Joseph Lipton<br>16 Equestrian Trail<br>Weston, CT 06883 | | Loans to Company | | | | $1,375,552.00 |
| Locke Lorde<br>111 S Wacker Dr<br>Chicago, IL 60606 | | legal fees | Disputed | | | $282,329.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor   **American Diamond Mint LLC**                                    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ostrolenk Faber LLP 845 Third Avenue Suite 8th Floor New York, NY 10022 | | Legal fees | Disputed | | | $174,518.00 |
| Secured Worldwide Limited HK Lucky Bldg 18 Fl 39-41 Wellington Street Central, Hong Kong | | Loan to company | | | | $2,023,525.00 |
| Travellers Insurance 11 E. 44th Street 6th Flr New York, NY 10017 | | Workers Comp premiums | | | | $3,922.00 |

# United States Bankruptcy Court
## Southern District of New York

In re  **American Diamond Mint LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Abhay Javeri** | | 2.6258% | Class B |
| **Bill Boyajian** | | 0.1819% | Class C |
| **Burns Group** | | 0.4548 | Class C |
| **Edgewater Capital Investments** | | 1.4544% | Class B |
| **Elihu Corporation** | | 7.8947% | Class D |
| **Jason Revzon** | | 0.0.0921% | Class C |
| **Jay Plourde** | | 11.9015% | Class A |
| **Joseph Lipton** | | 49.5490% | Class A |
| **Kenneth Sitomer** | | 2.6258% | Class B |
| **Mark F. Lieberman** | | 11.9015% | Class A |
| **Mark Seymour** | | 0.7273% | Class B |
| **Mo El Arishy** | | 0.2763% | Class C |
| **Scott Acker** | | 0.2456% | Class C |
| **SDC SW Holdings, LLC** | | 4.7634% | Class B |

In re:   **American Diamond Mint LLC**                                              Case No. _____
                                      Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sean Cross** | | 0.0910% | **Class C** |
| **Torsten Gross** | | 0.2763% | **Class C** |
| **Unmesh Desai** | | 0.1535% | **Class C** |
| **Victor Mendoza** | | 0.0921% | **Class C** |
| **Wing Po To** | | 0.0596% | **Class C** |
| **YoMoPeLLC** | | 0.9024% | **Class C** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 11, 2019**                              Signature   **/s/ Arthur Joseph Lipton**
                                                                    **Arthur Joseph Lipton**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

| In re | American Diamond Mint LLC | | Case No. | |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 11 |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __American Diamond Mint LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 11, 2019**
Date

**/s/ Robert L. Rattet**
**Robert L. Rattet 1674118**
Signature of Attorney or Litigant
Counsel for  **American Diamond Mint LLC**
**Rattet PLLC**
**202 Mamaroneck Avenue**
**Suite 300**
**White Plains, NY 10601**
**+1-914-381-7400 Fax:+1-914-381-7406**
**rrattet@rattetlaw.com**

**United States Bankruptcy Court**
**Southern District of New York**

| | | |
|---|---|---|
| In re   **American Diamond Mint LLC** | | Case No. _____ |
| | Debtor(s) | Chapter   **11** |

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Arthur Joseph Lipton**, declare under penalty of perjury that I am the **Manager** of **American Diamond Mint LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of April, 2019.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Arthur Joseph Lipton, Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Arthur Joseph Lipton, Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Arthur Joseph Lipton, Manager** of this Corporation is authorized and directed to employ **Robert L. Rattet 1674118**, attorney and the law firm of **Rattet PLLC** to represent the corporation in such bankruptcy case."

Date  **April 11, 2019**                         Signed  /s/ Arthur Joseph Lipton
                                                                **Arthur Joseph Lipton**

## Resolution of Board of Directors
## of
## American Diamond Mint LLC

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Arthur Joseph Lipton, Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Arthur Joseph Lipton, Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Arthur Joseph Lipton, Manager** of this Corporation is authorized and directed to employ **Robert L. Rattet 1674118**, attorney and the law firm of **Rattet PLLC** to represent the corporation in such bankruptcy case.

Date  **April 11, 2019**                              Signed  **/s/ Arthur Joseph Lipton**

Date _____      Signed _____

# United States Bankruptcy Court
## Southern District of New York

In re   **American Diamond Mint LLC**                                    Case No.
                                    Debtor(s)                            Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 11, 2019**                    **/s/ Arthur Joseph Lipton**
                                              **Arthur Joseph Lipton/Manager**
                                              Signer/Title

```
ADVANCED DISCOVERY
BOX 1022-42
ATLANTA, GA 30368-2242


BUSINESS COMPUTING SYSTEMS


CARMEL M. DICHIARA
55 WEST 39TH STREET
NEW YORK, NY 10018


CARMEL MILAZZO & DICHIARA
ROSS DAVID CARMEL, ESQ.
55 WEST 39TH STREET, 18TH FL
NEW YORK, NY 10018


CARMEL, MILAZZO & DICHIARA LLP
55 WEST 39TH STREET
NEW YORK, NY 10018


CHASE CARDS
P.O. BOX 1423
CHARLOTTE, NC 28201-1423


CHRISTINE ANNE GADSIA ESQ.
GIBBONS P.C.
ONE GATEWAY CENTER
NEWARK, NJ 07102


CHRISTOPHER HOSKINS STRATE ESQ
GIBBONS P.C.
ONE GATEWAY CENTER
NEWARK, NJ 07102


CHRISTOPHER PHILIP MILAZZO
CARMEL MILAZZO & DICHIARA LLP
55 WEST 59TH STREET, 18TH FL
NEW YORK, NY 10018


DAVID EDWARD DE IORENZI ESQ
GIBBONS P.C.
ONE GATEWAY CENTER
NEWARK, NJ 07102
```

```
ENTER LANDLORD NAME


EPSTEIN BECKER & GREEN P.C.
1 LANDMARK SQUARE
#1800
STAMFORD, CT 06901


EPSTEIN BECKER & GREEN P.C.
KENNETH JOHN KELLY, ESQ.
250 PARK AVENUE
NEW YORK, NY 10177


GEMSHARES LLC
C/O GIBBONS P.C.
ONE GATEWAY CENTER
NEWARK, NJ 07102


GRANT THORNTON
757 THIRD AVENUE 9TH FLR
NEW YORK, NY 10017


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


JIN YUAN REAL ESTATE
37-08 UNION ST #1109
FLUSHING, NY 11354


JOHNSON & BELL LTD.
WILLIAM LUCIANO NIRO, ESQ.
33 W. MONROE ST., SUITE 2700
CHICAGO, IL 60603


JOSEPH LIPTON
16 EQUESTRIAN TRAIL
WESTON, CT 06883


JOSEPH LIPTON (DISPUTED)
```

```
LAW OFFICE OF JOHN STIMSON
JOHN F. STIMSON, ESQ.
9933 LAWLER AVE., STE 312
SKOKIE, IL 60077


LOCKE LORDE
111 S WACKER DR
CHICAGO, IL 60606


MAX MOSKOWITZ ESQ
OSTROLENK FABER GERB, ET AL.
1180 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8403


MITCHELL S. CHABAN, ESQ.
LEVIN GINSBURG
180 NO. LASALLE ST., STE 3200
CHICAGO, IL 60601-2800


NYC DEPARTMENT OF FINANCE
ATTN: LEGAL AFFAIRS
345 ADAMS ST., 10TH FLOOR
BROOKLYN, NY 11201


NYS DEPT OF TAX & FINANCE
BANKRUPTCY SPECIAL PROCEDURES
P.O. BOX 5300
ALBANY, NY 12205-0300


NYS UNEMPLOYMENT INS. FUND
P.O. BOX 551
ALBANY, NY 12201


OSTROLENK FABER LLP
845 THIRD AVENUE
SUITE 8TH FLOOR
NEW YORK, NY 10022


PARKING VIOLATIONS BUREAU
210 JORALEMON AVENUE
BROOKLYN, NY 11201


ROBERT GEOFFREY COOPER ESQ.
LEVIN GINSBURG
180 NO. LASALLE ST., STE 3200
CHICAGO, IL 60601-2800
```

SECURED WORLDWIDE LIMITED


SECURED WORLDWIDE LIMITED HK
LUCKY BLDG 18 FL
39-41 WELLINGTON STREET
CENTRAL, HONG KONG


SECURITY & EXCHANE COMMISSION
NY REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281


TRAVELLERS INSURANCE
11 E. 44TH STREET 6TH FLR
NEW YORK, NY 10017


TRYN THOMAS STIMART ESQ.
GIBBONS P.C.
250 WEST 34TH STREET, 37TH FL
NEW YORK, NY 10019


UNITED STATES TRUSTEE
201 VARICK STREET #1006
NEW YORK, NY 10014


US ATTORNEY OFFICE SDNY
TAX & BANKRUPTCY UNIT
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007